**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　) 　　2:06-cr-210-LDG-LRL<br>　　　　　　　　　　　　　　　　)<br>TOMMY MUCKLOW,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　 )　　**ORDER**<br>_____) | |

On August 8, 2011, the Federal Public Defender was appointed to represent Tommy Mucklow. The Court has been advised that a conflict exists. Therefore;

IT IS HEREBY ORDERED that James A. Oronoz, Esq. is appointed as counsel for Tommy Mucklow in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Oronoz forthwith.

DATED this ___17___ day of August 2011.

Nunc Pro Tunc: August 12, 2011.

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE