UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>            Plaintiff,                      )<br>                                                        )<br>vs.                                                 )<br>                                                        )<br>TOMMY MUCKLOW                  )<br>                                                        )<br>            Defendant.                 ) | 2:06-CR-210-LDG-LRL |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#815) on July 23, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIGROUP INVESTIGATIVE SERVICES
Amount of Restitution: $169,557.00

**Total Amount of Restitution ordered:** $169,557.00\*\*
\*\*Joint and Several with co-defendants

Dated this ____14____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE